UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Christopher Cameron Hester,<br>        Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>*Acting Commissioner of Social Security*,<br>        Defendant. | **JUDGMENT**<br><br>No. 7:14-CV-163-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiffs motion for judgment on the pleadings [DE 15] is GRANTED, defendant's motion for judgment on the pleadings [DE 18] is denied, and the matter is REMANDED to the Commissioner for further proceedings consistent with this decision.

This case is closed.

**This judgment filed and entered on May 27, 2015, and served on:**

H. Clifton Hester (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)
Wanda D. Mason (via CM/ECF Notice of Electronic Filing)

May 27, 2015

JULIE RICHARDS JOHNSTON, CLERK

_____
By: Deputy Clerk